**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1136

DERICK J. NOEL; HILARY A. FINDLEY,

Plaintiffs - Appellants,

v.

J.R. ATKINSON, trading as Atkinson Truck Sales,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.  (8:08-cv-01978-PJM)

Submitted:  August 20, 2010          Decided:  August 26, 2010

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John F. Pressley, Jr., Washington, D.C., for Appellants. Phillip R. Zuber, SASSCER, CLAGETT & BUCHER, Upper Marlboro, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derick J. Noel and Hilary A. Findley appeal the district court's orders granting summary judgment in favor of J.R. Atkinson (t/a Atkinson Truck Sales) on a complaint based on the repossession of a motor vehicle. We have reviewed the record and the parties' briefs and conclude that the district court properly determined that the repossession at issue was permissible according to the terms of the contract and state law. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED